# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CLAYTON COLWELL, | : | |
| Plaintiff, | : | Case No. 3:06CV345 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

# ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 25, 2008 (Doc. #17) is ADOPTED;

2. The Commissioner's final non-disability determination is affirmed; and

3. The case is terminated on the docket of this Court.

March 12, 2008                                    s/THOMAS M. ROSE

                                                  Thomas M. Rose
                                                  United States District Judge